Adam C. COLEMAN, Petitioner

v.

OGDEN NEWSPAPERS, INC., (d/b/a The Lock Haven Express); Ogden Publications of Pennsylvania, Inc.; Robert O. Rolley; and James E. Runkle, Respondents

No. 502 MAL 2016

Supreme Court of Pennsylvania.

January 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Miguel Angel RUIZ-LATORRE, Petitioner

No. 599 MAL 2016

Supreme Court of Pennsylvania.

January 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.